IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-0987-RPM-MJW

RUSSELL HEATER,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,
a Georgia limited liability company,

    Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    Pursuant to the Stipulation of Dismissal with Prejudice, filed August 5, 2008 [15], it is

    ORDERED that this civil action is dismissed with prejudice on its merits and each party will pay his or its own attorney's fees and costs.

    DATED: August 6th, 2008

                                            BY THE COURT:

                                            s/ Richard P. Matsch

                                            _____

                                            Richard P. Matsch, Senior District Judge